IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JESSE E. MOODY, JR.,**

    **Plaintiff,**

v.                                             Case No. 4:20-cv-366-AW-MAF

**CHRISTOPHER EDELEN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Through his September 21, 2020, report and recommendation (ECF No. 8), the magistrate judge recommends dismissal for failure to prosecute and failure to comply with a court order. The magistrate judge earlier granted leave to proceed in forma pauperis and ordered Plaintiff to submit a partial filing fee of $1.30. ECF No. 7. The same order, though, provided that "[if] Plaintiff contends that insufficient funds exist with which to pay the assessed initial partial filing fee, Plaintiff must submit a *current* Trust Fund Account Statement demonstrating how funds have been depleted and a motion requesting permission to proceed without payment of the assessed fee." ECF No. 7. Plaintiff did not timely submit the $1.30, and he did not submit a current statement or move for permission to proceed without payment of the assessed fee. In short, he did not comply with the magistrate judge's order. And the magistrate judge made clear that failure to comply would lead to his recommending dismissal, ECF No. 7 at 4, which is what happened, ECF No. 8.

1

Plaintiff has filed objections, ECF No. 9, which I have considered de novo. The gist of the objection is that Plaintiff expected his father would pay the filing fee. But no payment has been received. The Plaintiff's objections are overruled, and the report and recommendation is adopted and incorporated into this order.

The clerk will enter a judgment that says, "This case is dismissed for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on October 20, 2020.

*s/ Allen Winsor*
United States District Judge